FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 20, 2025

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TATIANA NOVOSELSKIY, an individual, | No. 4:24-CV-05155-RLP |
| Plaintiff, | |
| v. | ORDER GRANTING MOTION TO DISMISS COUNTERCLAIM |
| NEW U WOMEN'S CLINIC AND AESTHETICS PLLC, a Washington Corporation, RACHEL FIDINO, an individual and the marital community comprised thereof, and ANDREW FIDINO, an individual and the marital community comprised thereof, | |
| Defendants. | |
| And | |
| NEW U WOMEN'S CLINIC AND AESTHETICS PLLC, a Washington Corporation, and ANDREW FIDINO, an individual and the marital community comprised thereof, | |
| Counter Claimants, | |
| v. | |
| TATIANA NOVOSELSKIY, an individual and Does 1-10, | |
| Counter Defendants. | |

Before the Court is Counterclaim Plaintiff Andrew Fidino's Motion to Dismiss Counterclaims. ECF No. 70.  Pursuant to Fed. R. Civ. P. 41(a)(2), the motion, **ECF No. 70**, is **GRANTED** and Mr. Fidino's counterclaim against Ms. Novoselskiy is dismissed without prejudice.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order, provide copies to counsel, and update the case caption.

**DATED** November 20, 2025.

REBECCA L. PENNELL
United States District Judge

ORDER GRANTING MOTION TO DISMISS COUNTERCLAIM ~ 2